Louis Trashansky, Respondent, v. Simon Abels, Mendel Haskell and 954 Eastern Parkway Realty Corporation, Appellants.— Judgment for plaintiff as creditor of the defendant corporation and in pursuance of section 60 of the General Corporation Law unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ.

Joseph S. Warsen, Respondent, v. Abbott D. Granger, Appellant, and Jane S. Granger, Defendant.— Order granting plaintiff's motion for summary judgment and the judgment entered thereon reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The action is brought under section 71 of the Stock Corporation Law, which provides that stockholders of a corporation shall be personally liable to laborers, servants and employees, other than contractors, for services performed for such corporation. The statute also provides that an action therefor shall be commenced within thirty days after the return of an execution unsatisfied against the corporation upon a judgment recovered against it for such services. The answering affidavits present triable issues. Whether plaintiff is a laborer, servant or employee within the meaning of the statute (*Farnum* v. *Harrison*, 167 App. Div. 704; affd., 218 N. Y. 672), and whether the action was commenced within the thirty-day limitation, cannot be determined on the conflicting affidavits. Young, Hagarty, Davis and Johnston, JJ., concur; Lazansky, P. J., not voting.

Joseph C. Watts, Plaintiff, v. Marie Steinert and Victor Steinert, Defendants. Victor Steinert, Appellant, v. Joseph C. Watts, Respondent.— Order granting motion of plaintiff Watts in Nassau county action for property damage, to consolidate that action with the New York county action begun by plaintiff Steinert and requiring trial of the consolidated action to be had in Nassau county, modified by striking out the last paragraph and by inserting in place thereof a provision that Steinert have the right to open and close on the trial of the consolidated action, and as so modified the order is affirmed, with ten dollars costs and disbursements to appellant. This right should have been accorded Steinert under settled authority. (*Gibbs* v. *Sokol*, 216 App. Div. 260; *Lee* v. *Schmeltzer*, 229 id. 206; *Brink's Express Co., Inc.*, v. *Burns*, 230 id. 559.) Young, Hagarty, Carswell, Davis and Johnston, JJ., concur.

Westchester Trust Company, Appellant, v. George L. Bricker, Sr., and Hazel C. Bricker, Respondents.— Judgment of the City Court of Yonkers, dismissing the complaint in an action upon a note which was secured by a second mortgage on respondents' home, which mortgage was released when appellant accepted bonds of the Home Owners' Loan Corporation, unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell and Johnston, JJ.; Lazansky, P. J., not voting.